NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


ALFREDO SALAZAR, JR., DOC# 508788, )
)
        Appellant, )
)
v. )    Case No. 2D17-2476
)
STATE OF FLORIDA, )
)
        Appellee. )
_____ )

Opinion filed June 29, 2018.

Appeal from the Circuit Court for Pinellas
County; Thane B. Covert, Judge.

Alfredo Salazar, pro se.

No appearance for Appellee.


PER CURIAM.

        Affirmed.


NORTHCUTT, KHOUZAM, and SALARIO, JJ., Concur.